**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 HEALTH & WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> –v– <br><br> PURDUE PHARMA L.P., *et al.*, <br><br> Defendants. | Case No. 1:18-op-45446 <br><br> Judge Dan Aaron Polster |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**
<u>**CAREMARK RX, L.L.C.**</u>

Please take notice that attorney Eric R. Delinsky of Zuckerman Spaeder LLP, 1800 M Street, N.W., Suite 1000, Washington, D.C., 20036, (202) 778-1800, hereby enters his appearance as counsel of record for Defendant Caremark Rx, L.L.C. in the above captioned matter.

Date: September 27, 2018

                                                                                   Respectfully submitted,

                                                                                   */s/ Eric R. Delinsky*
                                                                                   Eric R. Delinsky
                                                                                   Zuckerman Spaeder LLP
                                                                                  Suite 1000
                                                                                  1800 M Street, NW
                                                                                  Washington, DC 20036
                                                                                  202-778-1800
                                                                                  202-822-8106 (fax)
                                                                                  edelinsky@zuckerman.com

                                                                                  *Counsel for Caremark Rx, L.L.C.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 27, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Eric R. Delinsky*
Eric R. Delinsky