# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 HEALTH & WELFARE FUND, *et al.*, <br><br>                Plaintiffs, <br><br> –v– <br><br> PURDUE PHARMA L.P., *et al.*, <br><br>                Defendants. | Case No. 1:18-op-45446 <br><br> Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
## <u>CAREMARK, L.L.C.</u>

Please take notice that attorney Eric R. Delinsky of Zuckerman Spaeder LLP, 1800 M Street, N.W., Suite 1000, Washington, D.C., 20036, (202) 778-1800, hereby enters his appearance as counsel of record for Defendant Caremark, L.L.C. in the above captioned matter.

Date: September 28, 2018

Respectfully submitted,

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW
Washington, DC 20036
202-778-1800
202-822-8106 (fax)
edelinsky@zuckerman.com

*Counsel for Caremark, L.L.C.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 28, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Eric R. Delinsky*
Eric R. Delinsky