IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Civ. No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO: *Employer-Temasters Local Nos. 175 & 505 Health & Welfare Fund et al v. Purdue Pharma L.P. et al*, No: 1:18-op-45446-DAP | JUDGE POLSTER |

## NOTICE OF APPEARANCE

Please take notice that Mark H. Lynch of Covington & Burling LLP, One CityCenter, 850 Tenth Street, NW, Washington, DC 20001, hereby enters his appearance as counsel of record for Defendant, McKesson Corporation in the above-captioned action.

Respectfully submitted,

 /s/ Mark H. Lynch
Mark H. Lynch (D.C. Bar No. 139110)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000 (Telephone)
mlynch@cov.com

*Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Notice of Appearance* was sent by the Court's electronic case filing system April 16, 2019, and served upon all those participating therein.

    /s/ Mark H. Lynch
Mark H. Lynch (D.C. Bar No. 139110)